IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RYAN BONNEAU,                )
                             )
          Plaintiff,         )
                             )  6:10-cv-1184-TC
                             )
     v.                      )
                             )  ORDER
DANIEL STATON, et al.,       )
                             )
          Defendants.        )

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on March 13, 2012, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc.,

1    - ORDER

656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed March 13, 2012, in its entirety. Defendants' motion for summary judgment (#64) is allowed. Plaintiff's motion for summary judgment (#81) is denied. Plaintiff's motion to strike reply (#139) is denied. This action is dismissed with prejudice. The clerk of court will enter judgment accordingly.

IT IS SO ORDERED.

DATED this 12th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE

2    - ORDER